| | | |
|---|---|---|
| People v Truitt | 4th Dept: 132 AD3d 1268 (Erie) | denied reconsideration 8/24/16 (Abdus-Salaam, J.) (Appeal No. 1) |
| People v Tumminello | App Term, 2d Dept, 9th & 10th Jud Dists: 53 Misc 3d 34 (Nassau) | denied 8/17/16 (Abdus-Salaam, J.) |
| People v Udeozo | 2d Dept: 140 AD3d 1094 (Richmond) | denied 8/31/16 (Rivera, J.) |
| People v Valdez | 2d Dept: 138 AD3d 1151 (Suffolk) | denied 8/2/16 (Abdus-Salaam, J.) |
| People v VanVleet | 4th Dept: 140 AD3d 1633 (Steuben) | denied 8/4/16 (Stein, J.) |
| People v Velez | 2d Dept: 138 AD3d 1041 (Kings) | denied 8/16/16 (Garcia, J.) |
| People v Volpe | County Ct, 5/23/16 (Wyoming) | denied 8/25/16 (DiFiore, Ch. J.) |
| People v Walters | 4th Dept: 140 AD3d 1761 (Erie) | denied 8/29/16 (Pigott, J.) |
| People v Walton | App Div, 1st Dept: 2014 NY Slip Op 79216(U) (NY) | dismissed 8/25/16 (DiFiore, Ch. J.) |
| People v Ward (Juliette) | 1st Dept: 136 AD3d 504 (Rockland) | denied 8/25/16 (Fahey, J.) |
| People v Ward (Sean) | 2d Dept: 140 AD3d 903 (Westchester) | denied 8/15/16 (Fahey, J.) |
| People v Warwick | 2d Dept: 139 AD3d 1093 (Westchester) | denied 8/24/16 (Abdus-Salaam, J.) |
| People v Washington | 3d Dept: 138 AD3d 1352 (Columbia) | denied 8/2/16 (Abdus-Salaam, J.) |
| People v Welcher | 4th Dept: 138 AD3d 1481 (Wayne) | denied 8/5/16 (Abdus-Salaam, J.) |
| People v Welden | 3d Dept: 140 AD3d 1406 (Saratoga) | denied 8/15/16 (Fahey, J.) |
| People v Wheelings | 2d Dept: 137 AD3d 1310 (Kings) | denied 8/31/16 (DiFiore, Ch. J.) |
| People v Wiggins | 1st Dept: 138 AD3d 634 (NY) | denied 8/2/16 (Abdus-Salaam, J.) |
| People v Wilkerson (Chanelle) | App Term, 1st Dept: 51 Misc 3d 149(A) (Bronx) | denied 8/22/16 (Stein, J.) |
| People v Wilkerson (Mali) | 3d Dept: 140 AD3d 1297 (Schenectady) | denied 8/24/16 (Abdus-Salaam, J.) |
| People v Williams (Benjamin) | App Div, 1st Dept: 2015 NY Slip Op 88133(U) (NY) | denied reconsideration 8/30/16 (Abdus-Salaam, J.) |